**VAN–056** Order Continuing Stay in Effect and Setting Hearing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Steven Allen Summerlin
*( debtor has no known aliases )*
3809 Country Club Drive NW
Wilson, NC 27896

CASE NO.: 25–04905–5–JNC

DATE FILED: December 10, 2025

CHAPTER: 13

ORDER CONTINUING STAY IN EFFECT
AND SETTING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Wednesday, June 10, 2026
TIME:     11:00 AM
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

to consider and act on the following matters:

 Motion for Relief from Stay filed by Eudora F. S. Arthur on behalf of Santander Bank, N.A.

IT IS FURTHER ORDERED that, with consent of the movant, the automatic stay shall remain in effect until the date of the hearing.

DATED: May 13, 2026

Joseph N. Callaway
United States Bankruptcy Judge